UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA,

                Plaintiff,                Case No:  25MJ1947

    -against-                **ORDER OF DISMISSAL**

JEROME R. HOUSE,

                Defendant.
-------------------------------------------------------

    Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED,

_____
Hon. Kim P. Berg
United States Magistrate Judge

Dated:  23 day of January, 2026
       White Plains, New York